# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 21-CR-2154-CAB |
| Plaintiff, | ORDER CONTINUING MOTION HEARING/ TRIAL SETTING |
| v. | |
| KONRAD PIEKOS, | |
| Defendant | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the joint motion to continue is granted. The Motion Hearing/Trial Setting date currently set for December 16, 2022, at 10:30 a.m. shall be continued to February 24, 2023, at 10:30 a.m. Time is excluded under 18 USC § 3161(h) of the Speedy Trial Act from December 16, 2022, through February 24, 2023.

**IT IS SO ORDERED.**

DATED: 12/12/2022

HON. CATHY ANN BENCIVENGO
United States District Court Judge